HARRIET A. TILTON, Respondent, *v.* JOHN B. MURRAY, Appellant, Impleaded with Others.

*Tilton* v. *Murray*, 108 App. Div. 366, affirmed.
(Argued December 14, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1905, affirming a judgment in favor of plain-

tiff entered upon a decision of the court at a Trial Term without a jury in an action upon a promissory note.

*Charles L. Andrus* and *David Murray* for appellant.

*Henry L. Scheuerman, Henry Siegrist, Jr.,* and *Jacob Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.